CRADLE IP LLC, Plaintiff–Appellant,

v.

TEXAS INSTRUMENTS, INC., Defendant–Appellee.

No. 2014–1193.

United States Court of Appeals, Federal Circuit.

Jan. 8, 2015.

Charles W. Saber, Dickstein Shapiro LLP, of Washington, DC, argued for plaintiff-appellant. With him on the brief was Salvator P. Tamburo. Of counsel were Leslie A. Lee; and Steven T. Skelley, of New York, NY.

Robert T. Haslam, Covington & Burling LLP, of Redwood Shores, CA, argued for defendant-appellee. With him on the brief was Anupam Sharma. Of counsel were Hyun Sik Byun, Patrick Norton Flynn, Thomas E. Garten, Charlin Chia–Ning Lu; and John Jeffery Patti And Sarah Russell Vollbrecht, Texas Instruments, Inc., of Dallas, TX.

DYK, REYNA, and HUGHES, Circuit Judges.

### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**